```
SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail:  Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    CR 07-00488 CW |
| Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL CLOCK AS TO DEFENDANT KAUTZMAN (18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv)) |
| v. | ) | |
| CORY KAUTZMAN, et al., | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

This matter came before the Court in San Francisco on August 15, 2007 at 9:30 a.m. The defendant was arraigned on a single count indictment. The Court set the matter for a first appearance in District Court in Oakland on September 5, 2007 at 2:30 p.m. The parties agreed and the Court found that an exclusion of time under the Speedy Trial Act to August 31, 2007 was warranted to allow for the effective preparation of counsel.

**IT IS HEREBY ORDERED** that the period of time between August 15, 2007 and September 5, 2007 is excluded from the Speedy Trial Clock because failure to grant such an exclusion would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §

///

///

1  3161(h)(8)(B)(iv).  The Court finds that the "ends of justice served by the granting of such
2  continuance outweigh the best interests of the public and the defendant in a speedy trial." *See* 18
   U.S.C. § 3161(h)(8)(A).
3
4
   DATED:
5
                                                    _____
6                                                   JOSEPH C. SPERO
                                                    United States Magistrate Judge
7