# SUPPLEMENTAL BOND SIGNATURE FORM

FILED
2007 DEC 18 PM 2:38
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

CASE NUMBER: CR07-0488 CW

NAME OF DEFENDANT: USA v. Cory Kautzman

Custodian's
~~SURETY'S~~ ADDRESS:

Jerry Kautzman
Print Name of ~~Surety~~ Custodian

[signature]
Signature of ~~Surety~~ Custodian

4014 Royal Links Ct.
Antioch, CA 94509

Phone Number: 925-757-1079

SURETY'S ADDRESS:

_____
Print Name of Surety

_____
Signature of Surety

_____

Phone Number:_____

SURETY'S ADDRESS:

_____
Print Name of Surety

_____
Signature of Surety

_____

Phone Number:_____