1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

3
4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney

5      1301 Clay Street, Suite 340S
       Oakland, California 94612
6      Telephone: (510) 637-3680
       Facsimile: (510) 637-3724
7      E-Mail: Keslie.Stewart@usdoj.gov

8  Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                             OAKLAND DIVISION

12 UNITED STATES OF AMERICA,            )   No.   CR 07-00488 CW
                                        )
13         Plaintiff,                   )   [~~PROPOSED~~] ORDER EXCLUDING
                                        )   TIME UNDER THE SPEEDY TRIAL
14     v.                               )   CLOCK AS TO DEFENDANT
                                        )   KAUTZMAN (18 U.S.C. § 3161(h)(8)(A)
15 CORY KAUTZMAN, et al.,               )   and (h)(8)(B)(iv))
                                        )
16         Defendant.                   )
                                        )

17

18

19                           **[~~PROPOSED~~] ORDER**

20     This matter came before the Court in San Francisco on August 15, 2007 at 9:30 a.m. The

21 defendant was arraigned on a single count indictment. The Court set the matter for a first

22 appearance in District Court in Oakland on September 5, 2007 at 2:30 p.m. The parties agreed

23 and the Court found that an exclusion of time under the Speedy Trial Act to August 31, 2007 was

24 warranted to allow for the effective preparation of counsel.

25     **IT IS HEREBY ORDERED** that the period of time between August 15, 2007 and

26 September 5, 2007 is excluded from the Speedy Trial Clock because failure to grant such an

27 exclusion would deny counsel for the defendant the reasonable time necessary for effective

28 preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §

///

///

1  3161(h)(8)(B)(iv).  The Court finds that the "ends of justice served by the granting of such
2  continuance outweigh the best interests of the public and the defendant in a speedy trial."  *See* 18
   U.S.C. § 3161(h)(8)(A).
3
4  DATED:   August 20, 2007
5
   
6  _____
   JOSEPH C. SPERO
7  United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2