GAIL SHIFMAN
Shifman Group, Attorneys
633 Battery Street, Ste. 635
San Francisco, CA 94111
Tel: (415) 551-1500
Fax: (415) 788-6787


Attorneys for Defendant
COREY KAUTZMAN

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 07-0488 CW (JCS) |
|           Plaintiff, | |
|     vs. | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| COREY KAUTZMAN, | |
|           Defendants. | |
| _____/ | |

The parties hereby stipulate that the conditions of release shall be clarified in the following manner:

1.  Defendant, COREY KAUTZMAN, shall be allowed to travel to the Eastern District of California for purposes of employment including applying for and interviews related to prospective employment upon prior approval of Pretrial Services.

Dated: September 5, 2007      Dated: September 6, 2007

    /S/                   /s/

_____   _____
GAIL SHIFMAN                KESLIE STEWART
Attorney for Defendant      Assistant U.S. Attorney
COREY KAUTZMAN

1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                        **NORTHERN DISTRICT OF CALIFORNIA**

7                                    **--o0o--**

8  **UNITED STATES OF AMERICA,**
                                      **CASE NO. CR 07-0488 CW (JCS)**
9               **Plaintiff,**
                                      **ORDER MODIFYING CONDITIONS**
10     **vs.**                        **OF RELEASE**

11 **COREY KAUTZMAN,**

12               **Defendants.**
   _____/

13

14        This matter having come before the Court upon the

15 Stipulation of the parties and the Court being advised;

16        IT IS ORDERED that the Conditions of Release shall be

17 clarified in the following manner:

18        1.  Defendant, COREY KAUTZMAN, shall be allowed to travel to
          the Eastern District of California for purposes of
19        employment including applying for and interviews related to
          prospective employment upon prior approval of Pretrial
20        Services.

21 Dated: September ____, 2007

22                           _____
                             UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28