GAIL SHIFMAN
Shifman Group, Attorneys
633 Battery Street, Ste. 635
San Francisco, CA 94111
Tel: (415) 551-1500
Fax: (415) 788-6787


Attorneys for Defendant
COREY KAUTZMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 07-0488 CW (JCS) |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE |
| COREY KAUTZMAN, | |
| Defendants. | |
| _____/ | |

The parties hereby stipulate that the conditions of release

shall be clarified in the following manner:

1.  Defendant, COREY KAUTZMAN, shall be allowed to travel to

the Eastern District of California for purposes of employment

including applying for and interviews related to prospective

employment upon prior approval of Pretrial Services.

Dated: September 5, 2007          Dated: September 6, 2007

    /S/                               /s/
_____          _____
GAIL SHIFMAN                      KESLIE STEWART
Attorney for Defendant            Assistant U.S. Attorney
COREY KAUTZMAN

1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                         **NORTHERN DISTRICT OF CALIFORNIA**
7                                    **--o0o--**
8    **UNITED STATES OF AMERICA,**
                                    **CASE NO. CR 07-0488 CW (JCS)**
9                 **Plaintiff,**
                                    **ORDER MODIFYING CONDITIONS**
10        **vs.**                   **OF RELEASE**
11   **COREY KAUTZMAN,**
12                **Defendants.**
     _____/
13

14       This matter having come before the Court upon the
15   Stipulation of the parties and the Court being advised;
16       IT IS ORDERED that the Conditions of Release shall be
17   clarified in the following manner:
18       1.  Defendant, COREY KAUTZMAN, shall be allowed to travel to
         the Eastern District of California for purposes of
19       employment including applying for and interviews related to
         prospective employment upon prior approval of Pretrial
20       Services.
21   Dated: September _7_, 2007
22                                   _____
23                                   UNITED STATES MAGISTRATE JUDGE
24                                   Judge Joseph C. Spero
25
26
27
28

STIPULATION & ORDER MODIFYING CONDITIONS OF RELEASE          2