1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )  No. CR-07-00488 CW
                                         )
12 |         Plaintiff,                  )  **STIPULATION AND [PROPOSED]**
                                         )  **ORDER CONTINUING STATUS**
13 | vs.                                 )  **HEARING**
                                         )
14 | ANDRE MATTHEWS, et al.              )  Hearing Date: October 24, 2007
                                         )  Requested Date: November 28, 2007
15 |         Defendant.                  )
   |_____)
16

17
       It is hereby stipulated that the STATUS hearing date of October 24, 2007 be continued to
18
   November 28, 2007 at 2:00 p.m.   In addition, the parties stipulate and agree that time should be
19
   excluded between October 24, 2007 and November 28, 2007 due to the ongoing investigation by
20
   defense counsel.  Approximately 4000 pages of discovery have been produced to defense counsel
21
   in electronic form.  Not all of this has been printed.  This electronic discovery has been converted
22
   to OCR searchable form by defense counsel and distributed to all defense counsel.  Seven CD-
23
   ROM's of discovery recently received have not been reviewed.  Calculation of loss value
24
   exposure will be a complicated process in this case and is ongoing.  The parties understand the
25
   court's preference for setting of motions by stipulation; however, the parties are not in a position
26

Stip to Continue, 07-00488 CW                 1

1  to assess the time needed for discovery review or motions preparation.  The parties will attempt
2  to propose a motions schedule by stipulation prior to the requested next appearance.
3      The parties agree that the ends of justice served by the continuance requested herein
4  outweigh the best interest of the public and the defendant in a speedy trial because the failure to
5  grant the continuance would deny the counsel for the defendant the reasonable time necessary for
6  effective preparation, taking into account the exercise of due diligence.  Time should therefore be
7  excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

```
10-23-07                                               /s/
Date                                                   John Paul Reichmuth
                                                       Assistant Federal Public Defenders
                                                       Counsel for defendant Johnson


10-23-07                                               /s/
Date                                                   Richard Tamor
                                                       Counsel for defendant Bacon


10-23-07                                               /s/
Date                                                   Garrick Lew
                                                       Counsel for defendant Alexander

10-23-07                                               /s/
Date                                                   Gail Shifman
                                                       Counsel for defendant Kautzman


10-23-07                                               /s/
Date                                                   John Hemann
                                                       Counsel for defendant Matthews

10-23-07                                               /s/
Date                                                   Laura Robinson
                                                       Counsel for defendant Enriquez

10-23-07                                               /s/
Date                                                   Mark Goldrosen
                                                       Counsel for defendant Reyes
```

| | |
|---|---|
| 10-23-07 | /s/ |
| Date | Seth Chazin |
| | Counsel for defendant Williams |

| | |
|---|---|
| 10-23-07 | /s/ |
| Date | Keslie Stewart |
| | Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ John Paul Reichmuth
Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of October 24, 2007 at 2:00 p.m. be continued to November 28 and that time be excluded from October 24, 2007 to November 28, 2007 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

| | |
|---|---|
| Date | Hon. Claudia Wilken |
| | United States District Judge |