BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00488 CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS HEARING** |
| vs. | ) | |
| | ) | Hearing Date: October 24, 2007 |
| ANDRE MATTHEWS, et al. | ) | Requested Date: November 28, 2007 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated that the STATUS hearing date of October 24, 2007 be continued to November 28, 2007 at 2:00 p.m.   In addition, the parties stipulate and agree that time should be excluded between October 24, 2007 and November 28, 2007 due to the ongoing investigation by defense counsel.  Approximately 4000 pages of discovery have been produced to defense counsel in electronic form.  Not all of this has been printed.  This electronic discovery has been converted to OCR searchable form by defense counsel and distributed to all defense counsel. Seven CD-ROM's of discovery recently received have not been reviewed.  Calculation of loss value exposure will be a complicated process in this case and is ongoing.  The parties understand the court's preference for setting of motions by stipulation; however, the parties are not in a

Stip to Continue, 07-00488 CW                                          1

position to assess the time needed for discovery review or motions preparation. The parties will attempt to propose a motions schedule by stipulation prior to the requested next appearance.

     The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Time should therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

10-23-07  
Date

/s/  
John Paul Reichmuth  
Assistant Federal Public Defenders  
Counsel for defendant Johnson

10-23-07  
Date

/s/  
Richard Tamor  
Counsel for defendant Bacon

10-23-07  
Date

/s/  
Garrick Lew  
Counsel for defendant Alexander

10-23-07  
Date

/s/  
Gail Shifman  
Counsel for defendant Kautzman

10-23-07  
Date

/s/  
John Hemann  
Counsel for defendant Matthews

10-23-07  
Date

/s/  
Laura Robinson  
Counsel for defendant Enriquez

10-23-07  
Date

/s/  
Mark Goldrosen  
Counsel for defendant Reyes

Stip to Continue, 07-00488 CW             2

| | |
|---|---|
| 10-23-07 | /s/ |
| Date | Seth Chazin |
| | Counsel for defendant Williams |

| | |
|---|---|
| 10-23-07 | /s/ |
| Date | Keslie Stewart |
| | Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ John Paul Reichmuth
Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of October 24, 2007 at 2:00 p.m. be continued to November 28 and that time be excluded from October 24, 2007 to November 28, 2007 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

| | |
|---|---|
| 10/23/07 | Claudia Wilken (signature) |
| Date | Hon. Claudia Wilken |
| | United States District Judge |