PROPOSED ORDER/COVER SHEET

# FILED

**TO:**   Honorable Joseph C. Spero
U.S. Magistrate Judge

**RE:**   **Cory Kautzman**

DEC 1 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FROM:**   Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:**   07-cr-00488-cw-9

## THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Hence Williams III
U.S. Pretrial Services Officer

510-637-3755
TELEPHONE NUMBER

**RE:**   **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____ Presiding District Court Judge_____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)

  A.

  B.

- [x] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

- [ ] Other Instructions:

_____

_____

_____

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

JUDICIAL OFFICER

DATE   12|10|07

Cover Sheet (12/03/02)