1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: (510) 637-3709
7    Facsimile: (510) 637-3724
     E-mail: keslie.stewart@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )   Case No. 07-00488 CW
                                      )
14 |      Plaintiff,                  )
                                      )   [PROPOSED] ORDER GRANTING
15 |  v.                              )   RELEASE AND IMPOSING
                                      )   CONDITIONS OF RELEASE
16 | CORY KAUTZMAN,                   )
                                      )   Date:  December 18, 2007
17 |      Defendant.                  )   Time:  1:30 p.m.
   |_____    )   Before the Honorable Joseph C. Spero
18

19      The United States Marshals are hereby ordered to release the defendant, Cory Kautzman.

20 The following additional conditions of release shall apply: (1) the defendant's father, Jerry

21 Kautzman, is appointed as third-party custodian; (2) the defendant shall remain in home

22 confinement at address listed on defendant's release bond; (3) the defendant shall be subject to

23 electronic monitoring; and (4) the defendant may only leave his residence in the company of

24 defendant's father, third-party custodian Jerry Kautzman, for the limited purposes of appearing

25 in court, meeting with his criminal defense counsel, and medical appointments; (5) within ten

26 (10) days of this order, the defendant shall obtain a government issued identification card.  All

27 other conditions of release remain in effect.

28

ORDER GRANTING RELEASE AND IMPOSING CONDITIONS OF RELEASE
CASE NO. 07-00488 CW                           1

1    IT IS SO ORDERED.

2

3    DATED:  December 19, 2007

4    _____
     JOSEPH C. SPERO
     United States Magistrate Judge