| MAGISTRATE JUDGE MINUTE ORDER | | DEPUTY CLERK Karen L. Hom | | REPORTER/FTR FTR 10:56 to 11:02 | |
|---|---|---|---|---|---|
| MAGISTRATE JUDGE JOSEPH C. SPERO | | DATE January 18, 2008 | | NEW CASE □ | CASE NUMBER CR07-0488 CW |

## APPEARANCES

| DEFENDANT Cory Kautzman | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Gail Shifman | PD. APPT. □ | RET. ☒ |
|---|---|---|---|---|---|---|

| U.S. ATTORNEY Candace Kelly | | INTERPRETER | | FIN. AFFT □ SUBMITTED | COUNSEL APPT'D |
|---|---|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Hence Williams, III | DEF ELIGIBLE FOR APPT'D COUNSEL | PARTIAL PAYMENT □ OF CJA FEES |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| □ INITIAL APPEAR | □ PRELIM HRG | □ MOTION | □ JUGM'T & SENTG | □ STATUS |
|---|---|---|---|---|
| □ I.D. COUNSEL | □ ARRAIGNMENT | ☒ BOND HEARING | □ INITIAL APPEAR REV PROB OR S/R | □ OTHER |
| □ DETENTION HRG | □ ID / REMOV HRG | □ CHANGE PLEA | □ PROB. REVOC. | □ ATTY APPT HEARING |

## INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED □ CASH    $ | CORPORATE SECURITY □ | REAL PROPERTY: □ |
|---|---|---|

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 02/29/08 | □ ATTY APPT HEARING | ☒ BOND HEARING | □ STATUS RE: CONSENT | □ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 AM | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR ARRAIGN- MENT | □ CHANGE OF PLEA | □ OTHER |
| BEFORE HON. Judge Spero | □ DETENTION HEARING | | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY / REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Bond modified to add following conditions of no alcohol and no possession of drugs w/o legal prescrip.-Gov't to prepare Order. Court granted Dft's request to appear at a school hearing on 1/24/8 at 1:45 PM. PTS to investigate the State mandated DUI class and will give the Dft permission to enroll and attend the mandated class so that he is not in violate of his State probation.

DOCUMENT NUMBER: