JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

> 1301 Clay Street, Suite 340S
> Oakland, California 94612
> Telephone: (510) 637-3680
> Facsimile: (510) 637-3724
> E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CORY KAUTZMAN, et al.,<br><br>          Defendant. | No.   CR 07-00488 CW (JCS)<br><br>[PROPOSED] ORDER MODIFYING TERMS OF PRE-TRIAL RELEASE FOR DEFENDANT CORY KAUTZMAN |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that while on pre-trial release pursuant to bond, it shall be a condition of the Defendant's continued release that he shall not use alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription. The consequences of the Defendant's failure to obey this condition of release shall be the same as those stated on the original bond.

DATED:

_____
JOSEPH C. SPERO
United States Magistrate Judge