JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CORY KAUTZMAN, et al., <br><br> Defendant. | No. CR 07-00488 CW (JCS) <br><br> [~~PROPOSED~~] ORDER MODIFYING TERMS OF PRE-TRIAL RELEASE FOR DEFENDANT CORY KAUTZMAN |

**[~~PROPOSED~~] ORDER**

**IT IS HEREBY ORDERED** that while on pre-trial release pursuant to bond, it shall be a condition of the Defendant's continued release that he shall not use alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription. The consequences of the Defendant's failure to obey this condition of release shall be the same as those stated on the original bond.

DATED: January 23, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge