1  GAIL SHIFMAN
   Shifman Group, Attorneys

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER MODIFYING CONDITIONS OF RELEASE          1