1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**--o0o--**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

    **vs.**

**COREY KAUTZMAN,**

          **Defendants.**
_____/

**CASE NO. CR 07-0488 CW (JCS)**

**ORDER MODIFYING CONDITIONS OF RELEASE**

    This matter having come before the Court upon the Stipulation of the parties and the Court being advised;

    IT IS ORDERED that the Conditions of Release shall be clarified in the following manner:

    1.  Defendant, COREY KAUTZMAN, shall be allowed to leave his home on February 25, 2008 to attend an interview scheduled for 12:30 p.m. with his social worker regarding continued funding services for his children.  Defendant shall be accompanied by his father to the meeting.

Dated: February 25, 2008

_____
Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE