## ~~PROPOSED~~ ORDER/COVER SHEET

TO:    Honorable Joseph C. Spero            RE:    Cory Kautzman
       U.S. Magistrate Judge

FROM:  Claudette M. Silvera, Chief          DOCKET NO.:    CR 07-00488 CW
       U.S. Pretrial Services Officer

*FILED FEB 2 6 2008 RICHARD W. WIEKING U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                       415 436-7508
U.S. Pretrial Services Officer                      TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. **A**
    **15th Floor** on **Friday, Feb. 29, 2008** at **10:30 AM**.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

    Modification(s)

    A.

    B.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

    Other Instructions:

_____
_____

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE              2/26/08
JUDICIAL OFFICER                            DATE

Cover Sheet (12/03/02)