~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
FEB 2 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: Honorable Joseph C. Spero
U.S. Magistrate Judge

RE: Cory Kautzman

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR 07-00488 CW

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte
U.S. Pretrial Services Officer

415 436-7508
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. A 15th Floor on Friday, Feb. 29, 2008 at 10:30 AM.

☒ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

Other Instructions:
_____
_____

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER

DATE: 2/26/08

Cover Sheet (12/03/02)