JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>CORY KAUTZMAN,<br>    Defendant. | Criminal No. CR 07 00488 CW<br><br>**[PROPOSED] ORDER TO DETAIN DEFENDANT** |

    The parties appeared before the Honorable Joseph C. Spero on February 29, 2008.  The defendant was represented by his attorney, Gail Shifman.  The United States was represented by Special Assistant United States Attorney Wendy Thomas.  Also present was United States Pretrial Services Officer Rich Sarlatte.  After a status hearing, the Court found and held as follows:

    (1)    The Court found by clear and convincing evidence that the defendant violated the conditions of his pretrial release;

    (2)    The Court found that no condition or combination of conditions could reasonably

**ORDER DETAINING
DEFENDANT CR 07 00488 CW**

assure the appearance of the defendant at further proceedings or could reasonably assure the safety of any other person and the community;

(3) The Court ordered the defendant to immediately self-surrender to the custody of the U.S. Marshals;

(4) The Court further ordered that no motion for the defendant's release may be filed prior to April 15, 2008.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  2/29/08                                                       /s/
WENDY THOMAS
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____
THE HON. JOSEPH C. SPERO
United States Magistrate Judge

ORDER DETAINING
**DEFENDANT CR 07 00488 CW**                2