BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00488 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING STATUS** |
| vs. ) | **HEARING** |
| ) | |
| ANDRE MATTHEWS, et al. ) | Hearing Dates: March 12 & 19, 2008 |
| ) | Requested Date: April 9, 2008 |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated that the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS. In addition, the parties stipulate and agree that time should be excluded between March 12, 2008 and April 9, 2008 due to the ongoing investigation by defense counsel. Two new discs of electronic discovery have been produced by the government within the week of March 3, 2008, and defense counsel need time to review this material. Approximately 4000 pages of discovery have been previously been produced to defense counsel in electronic form. This electronic discovery has been converted to OCR searchable form by defense counsel and distributed to all defense counsel.

1   The parties agree that the ends of justice served by the continuance requested herein
2   outweigh the best interest of the public and the defendants in a speedy trial because the failure to
3   grant the continuance would deny the counsel for the defendant the reasonable time necessary for
4   effective preparation, taking into account the exercise of due diligence.  Time should therefore be
5   excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

7   03-07-08                                              /s/
    Date                                                  John Paul Reichmuth
8                                                         Assistant Federal Public Defenders
                                                          Counsel for defendant Johnson

10
    03-07-08                                              /s/
11  Date                                                  Richard Tamor
                                                          Counsel for defendant Bacon

13  03-07-08                                              /s/
    Date                                                  Garrick Lew
14                                                        Counsel for defendant Alexander

15  03-07-08                                              /s/
    Date                                                  Gail Shifman
16                                                        Counsel for defendant Kautzman

17
    03-07-08                                              /s/
18  Date                                                  John Hemann
                                                          Counsel for defendant Matthews
19
    03-07-08                                              /s/
20
    Date                                                  Laura Robinson
21                                                        Counsel for defendant Enriquez

22
    03-07-08                                              /s/
23  Date                                                  Mark Goldrosen
                                                          Counsel for defendant Reyes

24

25  03-07-08                                              /s/
    Date                                                  Seth Chazin
26                                                        Counsel for defendant Williams

Stip to Continue, 07-00488 CW                    2

1
2  03-07-08                              /s/
   Date                                  Ismail Ramsey
3                                         Counsel for defendant Arnold

4  03-07-08                              /s/
   Date                                  Diana Weiss
5                                         Counsel for defendant Green

6
7  03-07-08                              /s/
   Date                                  Keslie Stewart
8                                         Assistant United States Attorney

9    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ John Paul Reichmuth
10                                                   Counsel for Defendant Alicia Johnson

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Stip to Continue, 07-00488 CW                         3

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS and that time be excluded from November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_____      _____
Date                                 Hon. Claudia Wilken
                                     United States District Judge