GAIL SHIFMAN
Attorney at Law
44 Montgomery Street
Suite 3850
San Francisco, California 94104
Telephone (415) 551-1500
Facsimile (415) 551-1502

Attorney for Defendant
CORY KAUTZMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

CORY KAUTZMAN, et al.,

               Defendants.
_____/

Case No. CR-07-0488 CW

NOTICE OF CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that effective this date, the Law Offices of Gail Shifman have moved and the new address is 44 Montgomery Street, Suite 3850, San Francisco CA 94104.  The telephone number remains the same (415/551-1500) and the facsimile number has changed to 415/551-1502.

Dated: April 21, 2008         /s/

                       _____
                       GAIL SHIFMAN
                       Attorney for Defendant
                       CORY KAUTZMAN

1