UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-07-00488 CW

Defendant's Name: Cory Kautzman

Defense Counsel: Gail Shifman

Referral Date: 4/23/08

Sentencing Date: 4/23/08 @ 2:00 pm

FILED APR 2_ _ _
RICHARD W. _ _ _
NORTHERN _ _ _
OAKLAND, CALIFORNIA

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- **X** Presentence Investigation
- ___ Pre-Plea Report
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: SHEILAH CAHILL
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking? yes

cc: U. S. Probation