1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  KESLIE STEWART (CASBN 221603)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone:  (510) 637-3709
7  Facsimile:   (510) 637-3724
   E-Mail:      keslie.stewart@usdoj.gov
8
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    Plaintiff,                )<br>                              )<br>  v.                          )<br>                              )<br>ANDRE MATTHEWS, ET AL,        )<br>                              )<br>    Defendant.                )<br>_____) | No. 07-488-CW<br><br>NOTICE OF NOT OF RECORD<br>COUNSEL FOR THE GOVERNMENT |

Please take notice that H.H. "Shashi" Kewalramani is not the counsel of record for the government and should be removed from the case. The Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

KESLIE STEWART
Assistant United States Attorney
1301 Clay Street; Suite 340S
Oakland, California 94612
Telephone: (510) 637-3709
Fax: 510/637-3724
E-mail: keslie.stewart@usdoj.gov

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT

| | |
|---|---|
| 1 | The Clerk is requested to change the docket sheet and other court records so as to |
| 2 | reflect that all orders and communications from the court will in the future be directed to |
| 3 | AUSA Keslie Stewart at the above mailing address, telephone number, facsimile number |
| 4 | and e-mail address. |

DATED: May 14, 2008        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


        /s/
KESLIE STEWART
Assistant United States Attorney

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT