JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0488 CW |
| ) | |
| Plaintiff, ) | UNITED STATES' SENTENCING |
| ) | MEMORANDUM |
| v. ) | |
| ) | |
| CORY KAUTZMAN, ) | |
| ) | |
| Defendant. ) | |

    Consistent with paragraphs 8 and 14 of the parties' Rule 11(c)(1)(C) plea agreement, the United States recommends a sentence of a term of imprisonment of one year and one day; three years of supervised release (with other conditions to be fixed by the Court); no fine; $100 special assessment; and restitution in the amount of $22,489.25 as set forth in the Probation Officer's Presentence Report.

DATED: July 22, 2008            Respectfully submitted,

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     /s/
                                   KESLIE STEWART
                                   Assistant United States Attorney