```
GAIL SHIFMAN
Shifman Group, Attorneys
44 Montgomery Street, Ste. 3850
San Francisco, CA 94104
Tel: (415) 551-1500
Fax: (415) 551-1502
```

Attorneys for Defendant
CORY KAUTZMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
--o0o--

| UNITED STATES OF AMERICA, | CASE NO. CR 07-0488 CW |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING SENTENCING HEARING DATE |
| CORY KAUTZMAN, | |
| Defendants. | |

The parties hereby stipulate that the sentencing hearing date of July 23, 2008 shall be vacated and continued until August 13, 2008 at 2:00 p.m.

Dated: July 22, 2808                           Dated: July 22, 2008

   /S/                                            /s/   (w/consent)
_____           _____
GAIL SHIFMAN                            KESLIE STEWART
Attorney for Defendant                  Assistant U.S. Attorney
CORY KAUTZMAN

IT IS SO ORDERED.

Dated: July 22____, 2008                *Claudia Wilken* (signature)
                                        _____
                                        CLAUDIA WILKEN
                                        DISTRICT COURT JUDGE

1