| Victim Name | Loss Amount |
|---|---|
| JC Penney's/GE Money Bank | 2,653.21 |
| Chase | 4,916.14 |
| Citibank - Sears | 5,945.53 |
| Nordstroms | 884.82 |
| Walmart Stores, Inc. | 455.60 |
| Lowes | 1,080.29 |
| Citibank - Zales | 4,224.92 |
| World Financial Network National Bank | $2,328.74 |
| | $22,489.25 |

CR-07-00488-09 CW

U.S. v. Cory Kautzman