**GAIL SHIFMAN**
**ATTORNEY AT LAW**
**44 Montgomery Street**
**Suite 3850**
**San Francisco, CA 94104**
**Telephone: (415) 551-1500**
**Facsimile: (415) 551-1502**

**Attorney for Defendant**
**COREY KAUTZMAN**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. CR 07-0488 CW** |
| **Plaintiff,** | **STIPULATION AND ORDER CONTINUING HEARING** |
| **v.** | |
| **COREY KAUTZMAN,** | |
| **Defendant.** | |

Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record hereby stipulate and ask the Court to find as follows:

1. Defendant Kautzman is charged in a Form 12 with violating the terms of his supervised release by submitting one urine analysis that tested positive for methamphetamine, failing to secure employment, and failing to pay restitution. This matter is presently set for hearing on Wednesday, September 16, 2009.

2. Counsel for Defendant has an evidentiary hearing at the same time as the hearing on this Form 12 violation. Probation Officer, Richard Brown, indicated that he has no objection to the continuance of this hearing to the date proposed.

3. The parties respectfully request that the hearing in this matter be vacated from the September 16, 2009 calendar and continued until October 7, 2009 at 2:30 p.m.

IT IS SO STIPULATED.

Dated: September 15, 2009
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

/s/ Keslie Stewart
_____
KESLIE STEWART
Assistant U.S. Attorney

Dated: September 15, 2009          /s/ Gail Shifman
_____
GAIL SHIFMAN
Attorney at Law

IT IS SO ORDERED.

The currently scheduled hearing on September 16, 2009 is vacated and continued until October 7, 2009 at 2:30 p.m.

Dated: September 15, 2009          _____
UNITED STATES DISTRICT JUDGE