1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW HUANG (CABN 193730)
   JOSHUA HILL (CABN 250842)
5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340-S
       Oakland, California 94612
7      Telephone: (510) 637-3780
       Facsimile: (510) 637-3724
8
   Attorneys for the United States of America
9

10                     IN THE UNITED STATES DISTRICT COURT

11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,        )   No. CR-07-00488 CW
                                     )
14            Plaintiff,             )   **STIPULATED REQUEST TO**
                                     )   **CONTINUE STATUS CONFERENCE**
15  vs.                              )   **AND [PROPOSED] ORDER**
                                     )
16  CORY KAUTZMAN,                   )
                                     )
17            Defendant.             )
    _____)
18

19       IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20  attorney, Joshua Hill, and the defendant through his attorney, Gail Shifman, that the status

21  conference date previously set for May 26, 2010, be continued to June 10, 2010 at 9:30 a.m. The

22  reason for the continuance is that defense counsel was unable to attend the May 26, 2010 hearing.

23  An exclusion of time under the Speedy Trial Act is not necessary.

24  //

25  //

26  //

STIP AND [PROPOSED] ORDER            1

IT IS SO STIPULATED:

Dated: May 27, 2010

　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　GAIL SHIFMAN
　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　JOSHUA HILL
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter previously scheduled for May 26, 2010 is hereby rescheduled for June 10, 2010 at 9:30 a.m.

DATED: May 28, 2010

　　　　　　　　　　　　　　　　　　HONORABLE LAUREL BEELER
　　　　　　　　　　　　　　　　　　United States District Judge